UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kareena Z. FultonDocket No. 5:15-MJ-2018-1

### Petition for Action on Probation

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kareena Z. Fulton, who, upon an earlier plea of guilty to Simple Possession of Marijuana in violation of 21 U.S.C. 844(a), was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on June 15, 2016, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted urine specimens which tested positive for marijuana on June 23, July 6, and July 19, 2016. According to an analysis by the contract laboratory, it is their opinion that the defendant re-used marijuana prior to the July 6 and July 19 tests. When confronted on September 9, 2016, the defendant admitted that she has continued using marijuana during the term of probation. Further, the defendant failed to report for drug testing on August 8 and August 29, 2016. Also, she has not participated in substance abuse treatment during the term of probation. It is noted that this defendant was previously on probation under 18 U.S.C. §3607 and failed to complete that probation due to her failure to participate in treatment and failure to submit to drug testing. The defendant now states that she will make an honest effort to participate in treatment, submit to drug testing, and cease marijuana use. At this time, we recommend modifying the conditions of probation to require the defendant to perform 24 hours of community service, to emphasize the need to comply with probation conditions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith/s/ Thomas E. Sheppard
Eddie J. SmithThomas E. Sheppard
Supervising U.S. Probation OfficerU.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2541
Executed On: September 09, 2016

**Kareena Z. Fulton**
**Docket No. 5:15-MJ-2018-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __9th__ day of __September__, 2016, and ordered filed and made a part of the records in the above case.

*/s/ Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge

**Kareena Z. Fulton**
**Docket No. 5:15-MJ-2018-1**
**Petition For Action**
**Page 3**

**FOR JUDGE'S VIEW ONLY**

**DO NOT FILE**



**Kareena Z. Fulton**
**Docket No. 5:15-MJ-2018-1**